# Mecklenburg Superior Court

# Case Summary

## Case No. 25CR394562-590

| | | | |
|---|---|---|---|
| **STATE OF NORTH CAROLINA VS DECARLOS DEJUAN BROWN, Jr.** | § | Location: | **Mecklenburg Superior Court** |
| | § | Filed on: | **08/23/2025** |
| | § | Electronic Warrants Warrant ID: | **s5TX1drsaoRYVLNU8ST4uy** |
| | § | Criminal Process Number: | **WFA-25-572289** |
| | § | Criminal Process Number: | **RO-25-585551** |
| | § | Electronic Warrants Warrant ID: | **duKJJEw0219cvXY3zaTxon** |

## Case Information

| | | |
|---|---|---|
| | Case Type: | Criminal |
| | Case Status: | **09/15/2025** Pending |

**Offense**

1. MURDER

    | Statute | Degree | Offense Date | Filed Date |
    |---|---|---|---|
    | 14-17 | FNC | 08/22/2025 | 08/23/2025 |

    Arrest Date:   08/28/2025

    Offense Reports
       Control #:   20250822215502
       Agency:   Charlotte Mecklenburg Police Department
                 601 East Trade St
                 Charlotte, NC, 28202

# Related Cases

# Assignment Information

## Current Case Assignment

Case Number     25CR394562-590
Court           Mecklenburg Superior Court
Date Assigned   09/15/2025

## Party Information

| | | |
|---|---|---|
| **Defendant** | **BROWN, DECARLOS DEJUAN Jr.** | **ROBERTS, DANIEL POWERS** *Retained* |
| | *Alias* BROWN, DECARLOS DEJUAN | |
| | *Alias* BROWN, CARLOS DEJUAN | |
| | *Alias* BROWN, DECARLOS | |
| | *Alias* BROWN, DECARLOS D | |
| | *Alias* BROWN, DECARLOS D Jr. | |
| | HOMELESS | |
| | CHARLOTTE, NC 00000 | |
| | Black | |
| | Male | |
| | Height:  5' 10"   Weight:  190 | |
| **State** | **STATE OF NORTH CAROLINA** | **BUTLER, NOAL AUSTIN** *Retained* |
| | ** Confidential Address ** | |
| | Other | |
| **Complainant** | **Buhr, Henry** | |
| | 601 EAST TRADE ST | |
| | MECKLENBURG County | |
| | CHARLOTTE, NC 28202 | |

## Case Events

| | | |
|---|---|---|
| 09/23/2025 | Other/Miscellaneous<br>*BHC*<br>Created:   09/23/2025 1:18 PM | Index # 22 |
| 09/23/2025 | Other/Miscellaneous<br>*ATRIUM*<br>Created:   09/23/2025 1:18 PM | Index # 23 |
| 09/23/2025 | Other/Miscellaneous<br>*BHD*<br>Created:   09/23/2025 1:19 PM | Index # 24 |

| | | |
|---|---|---|
| 09/22/2025 | 📄 | Index # 21 |
| | Motion for Discovery | |
| |    *VOLUNTARY* | |
| |    Filed By:   Defense Attorney ROBERTS, DANIEL POWERS | |
| |    Created:   09/22/2025 2:25 PM | |
| 09/22/2025 | Order | Index # 20 |
| |    *CONT RULE 24 HEARING* | |
| |    Created:   09/22/2025 12:16 PM | |
| 09/22/2025 | Motion | Index # 19 |
| |    *CONTINUE RULE 24 HEARING* | |
| |    Created:   09/22/2025 12:13 PM | |
| 09/18/2025 | Order | Index # 18 |
| |    *SUPPLEMENTARY INFO ON FORENSIC* | |
| |    Created:   09/18/2025 1:59 PM | |
| 09/16/2025 | 📄 | |
| | Other/Miscellaneous | |
| |    *AOC-CR-624 - Assignment of Counsel by Office of Indigent Defense Services* | |
| |    Created:   09/16/2025 11:31 AM | |
| Index # 17 | | |
| 09/16/2025 | 📄 | Index # 16 |
| | Other/Miscellaneous | |
| |    *CONT FOR RULE 24* | |
| |    Created:   09/16/2025 11:17 AM | |
| 09/15/2025 | 📄 | Index # 15 |
| | Notice of Return of Bill of Indictment | |
| |    Created:   09/15/2025 5:46 PM | |
| 09/15/2025 | 📄 | Index # 13 |
| | Indictment Issued | |
| |    Created:   09/15/2025 4:57 PM | |
| 08/29/2025 | Order to Commit Def for Examination on Capacity to Proceed | Index # 12 |
| |    *CENTRAL REGIONAL HOSPITAL* | |
| |    Created:   08/29/2025 12:21 PM | |
| 08/29/2025 | 📄 | Index # 11 |
| | Release Order Modified | |
| |    *Location: MECKLENBURG COUNTY COURTHOUSE* | |
| |    Crim Proc #:   RO-25-585551 | |
| |    Created:   08/29/2025 11:13 AM | |
| 08/29/2025 | Counsel Appointed - Public Defender | Index # 8 |
| |    Created:   08/29/2025 11:06 AM | |

| | |
|---|---|
| 08/29/2025  | Order of Assignment of Counsel or Denial of Counsel     (Judicial Officer: WIGGINS, ROY H)<br>Charges:<br>  1. MURDER (0930)<br>    Created:    08/29/2025 11:06 AM<br>Index # 9 |
| 08/29/2025 | Modification of Bond     (Judicial Officer: WIGGINS, ROY H)<br>    *PD NO BOND PER 15A533(B)-1 DEF TO GET A COMPETINCY EVAL*<br>    Created:    08/29/2025 11:06 AM<br>Index # 10 |
| 08/29/2025 | Judgment/Other                                                 Index # 7<br>    *MOTION FOR BOND HEARING*<br>    Created:    08/29/2025 10:32 AM |
| 08/29/2025 | Notice of Determination of Counsel (AOC-CR-427)           Index # 6<br>    Created:    08/29/2025 10:03 AM |
| 08/28/2025 | Other/Miscellaneous                                        Index # 5<br>    *MAG FOF*<br>    Created:    08/28/2025 2:44 PM |
| 08/28/2025 | Release Order Issued                                     Index # 4<br>    *Location:* MECKLENBURG COUNTY COURTHOUSE<br>    Crim Proc #:    RO-25-585551<br>    Created:    08/28/2025 2:42 PM |
| 08/28/2025 | Warrant for Arrest Returned Served               Index # 3<br>    Crim Proc #:    WFA-25-572289<br>    Created:    08/28/2025 1:09 PM |
| 08/23/2025 | Affidavit                                                                     Index # 2<br>    Created:    08/23/2025 2:38 AM |
| 08/23/2025 | Warrant For Arrest Issued                               Index # 1<br>    *Location:* MECKLENBURG COUNTY COURTHOUSE<br>    Crim Proc #:    WFA-25-572289<br>    Created:    08/23/2025 2:35 AM |

## Hearings

| | |
|---|---|
| 10/16/2025 | **Administrative Hearing** (9:30 AM) |
| | *R24* |
| | Resource: Location 590-5310 Mecklenburg Co. Courthouse, Courtroom 5310 |
| | Created: 09/16/2025 10:03 AM |
| | |
| 09/19/2025 | *CANCELED* **Electronic Warrants Assigned** (1:30 PM) (Judicial Officer: NEWTON, MATTHEW DENNIS) |
| | Resource: Location 590-1150 Mecklenburg Co. Courthouse, Courtroom 1150 |
| | *Indictment Issued* |
| | Created: 08/29/2025 11:12 AM |
| | |
| 08/29/2025 | **First Appearance Hearing** (10:00 AM) |
| | Resource: Location 590-4330 Mecklenburg Co. Courthouse, Courtroom 4330 |
| | **MINUTES - 08/29/2025** |

        Counsel Appointed - Public Defender       Index # 8
        Created: 08/29/2025 11:06 AM

Order of Assignment of Counsel or Denial of Counsel
    (Judicial Officer: WIGGINS, ROY H)
Charges:
1. MURDER (0930)
    Created: 08/29/2025 11:06 AM
Index # 9

Modification of Bond (Judicial Officer: WIGGINS, ROY H)
    *PD NO BOND PER 15A533(B)-1 DEF TO GET A COMPETINCY EVAL*
    Created: 08/29/2025 11:06 AM
Index # 10
Hearing Held;
    *Hearing Held*
Created: 08/28/2025 2:41 PM

## Bond Settings

| | |
|---|---|
| 08/29/2025 | **Amended Bond Setting** |
| | Not Authorized |