UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:25-MJ-237-SCR

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| **DECARLOS DEJUAN BROWN, JR.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER** is before the Court upon the recommendation of the Federal Public Defender concerning the appointment of learned counsel in accordance with 18 U.S.C. § 3005, and Motion for Admission Pro Hac Vice. (Doc. Nos. 5 & 6).

When charged with a capital offense, a defendant has the right to the appointment of two attorneys, one of whom is sufficiently experienced in providing representation in death penalty eligible offenses. See <u>United States v. Boone</u>, 245 F.3d 352, 359 (4th Cir. 2001); 18 U.S.C. §§ 3005, 3599. Having considered the recommendation of the Federal Public Defender for the Western District of North Carolina and the qualifications and experience required, the Court concludes that Mr. Joshua Kendrick is an experience practitioner qualified to be appointed as learned counsel. See 18 U.S.C. §§ 3005, 3599.

**IT IS, THEREFORE, ORDERED** that Mr. Joshua Kendrick is appointed as learned counsel to represent Defendant in this matter, and is granted admission pro hac vice to the Western District of North Carolina with any fees to be waived. Co-counsel, Mary Ellen Coleman and Megan Hoffman, from the Federal Public Defenders of the Western District of North Carolina shall continue to represent the Defendant consistent with 18 U.S.C. §§ 3005, 3599.

**SO ORDERED.**

Signed: September 25, 2025

_____
Susan C. Rodriguez
United States Magistrate Judge